In re: Tyco (Durham, 02-266)          MD-02-1335-B   03/17/04

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

<u>In re Tyco International, Ltd.</u>
<u>Multidistrict Litigation (MDL 1335)</u>

                              MDL DOCKET NO.02-1335-B
                              **TYCO-SECURITIES ACTION**
                              Case Nos. 02-266-B
                                        03-1340-B

                              Opinion No. 2004 DNH 049

### <u>NOTICE OF RULING</u>

    On March 17, 2004, Chief Judge Paul Barbadoro entered the following order in <u>Durham, et al. v. Tyco International, Ltd., et al.</u>, on Tyco's Motion to Dismiss <u>Durham</u> Complaint (doc. no. 2):

> "The <u>Durham</u> complaint covers essentially the same events as the complaint that I dismissed in <u>In Re Tyco International, Ltd.</u>, 2002 DNH 053. Plaintiffs have not addressed the pleading deficiencies I identified in that Memorandum and Order. Nor does their six-page objection to Tyco's Motion to Dismiss adequately respond to Tyco's other persuasive arguments for dismissal. Motion granted."

cc: Counsel of Record